FILED
2019 Jul-12  AM 11:24
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **VANDY M. HICKENBOTTOM,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO.:** |
| | ) | |
| | ) | |
| **MORAN FOODS, LLC, et al.,** | ) | |
| | ) | |
| **Defendant(s).** | ) | |

_____

## CORPORATE DISCLOSURE STATEMENT
_____

COMES NOW Defendant Moran Foods, LLC, pursuant to Federal Rule of Civil Procedure 7.1, and states that Moran Foods, LLC has a single member, which is Onex Corporation, a Canadian public corporation traded under the stock symbol ONEX on the Toronto Stock Exchange.

Respectfully submitted this the 12th day of July, 2019.

/s/ Joseph H. Driver_____
JOSEPH H. DRIVER (ASB-4317-r52j)
Attorney for Defendant, Moran Foods, LLC

**OF COUNSEL:**

**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone: (205) 822-2006
Facsimile:  (205) 822-2057
Email:  jdriver@carrallison.com

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 12th day of July, 2019, I have served a copy of the above and foregoing on counsel for all parties by:

_____Facsimile transmission;

_____Hand Delivery;

_____Placing a copy of same in the United States Mail, properly addressed and first class postage prepaid to; and/or

\_\_XX\_\_Using the Alafile or CM/ECF system which will send notifications of such to the following:

Jonathan W. Cooner, Esq.
Shunnarah Injury Lawyers, P.C.
3626 Clairmont Avenue
Birmingham, AL 35222

/s/ Joseph H. Driver
OF COUNSEL